IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-997-JLK**

**ELIZABETH FLORES, et al.,**

        Plaintiffs,

v.

**LOG LANE VILLAGE, et al.**,

        Defendants.

## ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE

Kane, J.

The Objection to Recommendations by Magistrate Judge for Imposition of Sanctions and for Denying Motion to Dismiss Order to Show Cause (doc. #116), filed August 21, 2006, is OVERRULED. The Recommendation for Sanctions (doc. #115) entered by Magistrate Judge Hegarty on August 10, 2006, is adopted as submitted and made an order of this Court.

Dated this 8th day of September, 2005.

                                          BY THE COURT:

                                          S/**John L. Kane**
                                          Senior Judge, United States District Court